CAT ### 

**PRISONER CASE**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

07CV6172
JUDGE ZAGEL
MAG. JUDGE DENLOW

# Civil Cover Sheet

**Plaintiff(s):** MARSHALL WILLIAM STEWART    **Defendant(s):** CERMAK HEALTH SERVICES, etc., et al.

**County of Residence:**  COOK        **County of Residence:**

**Plaintiff's Address:**        **Defendant's Attorney:**

Marshall William Stewart
#2005-0037704
Cook County Jail
P.O. Box 089002
Chicago, IL  60608

**FILED**
J.N
NOV X 1 2007
Nov. 1, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [x] 1. Original Proceeding
- [ ] 5. Transferred From Other District
- [ ] 2. Removed From State Court
- [ ] 6. MultiDistrict Litigation
- [ ] 3. Remanded From Appellate Court
- [ ] 7. Appeal to District Judge from Magistrate Judgment
- [ ] 4. Reinstated or Reopened

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:**  [x] Yes    [ ] No

**Signature:** Q. E. Woodham    **Date:** 11/01/2007