**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOV 0 1 2007 *aew*
*NOV. 1, 2007*
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Plaintiff(s)  Marshall William Stewart

v.

Defendant(s) Cermak Health Services
at Cook County Department
of Corrections, *Tom Dart,*
*Salvadur Godenez, DR. Carlos Aitel*
*Supt. Plaxico & Andrews*

)
)
)
)
)  07CV6172
)  JUDGE ZAGEL
)  MAG. JUDGE DENLOW
)
)
)

*JH*

## MOTION FOR APPOINTMENT OF COUNSEL

1.  I, ___Marshall William Stewart___, declare that I am the (check appropriate box)
    [x] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford
    the services of an attorney, and hereby request the Court to appoint counsel to represent me in
    this proceeding.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to
    represent me in this proceeding: *I mailed a personalized letter to the listed lawyers*
    *in attempts to retain counsel with no response back. (sample letter enclosed)*
    *Benard Goldstein   Ellen Layton   Richard Rosenblum   Joan Stohl           Goldstein & Fluxgold*
    *1 N. LaSalle #2600  1 N. Wacker    120 W. Madison #1400 175 W. Jackson #1600  33 N. Dearborn #1930*
    *Chicago, IL 60602   Chicago, IL 60606 Chicago, IL 60602  Chicago, IL 60604    Chicago, IL 60602*

3.  In further support of my motion, I declare that (check appropriate box):

    [x] I am not currently, nor previously have been, represented by an attorney appointed by the
    Court in this or any other civil or criminal proceeding before this Court.

    [ ] I am currently, or previously have been, represented by an attorney appointed by this Court in
    the proceeding(s) described on the back of this page.

4.  In further support of my motion, I declare that (check appropriate box):

    [x] I have attached an original Application to Proceed In Forma Pauperis in the proceeding
    detailing my financial status.

    [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is
    a true and correct representation of my financial status.

    [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; how
    ever, my financial status has changed and I have attached an amended Application to Proceed
    In Forma Pauperis to reflect my current financial status.

5.  I declare under penalty that the foregoing is true and correct.

_____
Movant's Signature

ID: 2005-003-7704

Street Address
PO BOX 089002
~~Chicago IL 60608~~
City/State/Zip

Date: _10-25-2007_

Marshall William Stewart
ID:  2005-003-7704
Cook County Jail
Division 10-2B
P. O. Box 089002
Chicago, IL 60608

October 15, 2007



SUBJECT:  REQUESTING COUNSEL

I am currently seeking counsel in a civil suit for delayed treatment at Cook
County Department of Corrections.  My injury happened while in custody at
CCDOC over 2 years ago.  I have received no treatment as prescribed by outside
hospital E.R. physicians or outside Orthopedic Surgeons.  I have been given
physical therapy for an Achilles Rupture, a cane, an AFO drop foot brace due to
the simple fact that my injury has increased over the last 2 years.

The onset of my injury was in June 2005 and my immediate treatment was diagnosed
in the  E.R. for a surgical intervention and MRI which to this day has not happened.
For the past 2 years I have been on constant prescriptions of pain and anti-
inflammatory medications which have been given to me at irregular intervals as
documented in medical records and grievances.

Prior to my incarceration I was a Healthcare Laboratory Instructor and Clinical
professional in the hospital settings.  I cannot see myself in these settings
currently due to my inability to walk normally or stand for long periods of time.

I  am a pretrial detainee and asking for your assistance in this matter pro bonno.

Sincerely,

Marshall Stewart