**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARSHALL WILLIAM STEWART, ) | |
| ) | |
| Plaintiff, ) | No.: 1:07-cv-6172 |
| ) | |
| v. ) | The Honorable Judge Zagel |
| ) | |
| TOM DART, et al., ) | Magistrate Judge Denlow |
| ) | |
| Defendants ) | |
| ) | |

**STEVEN E. SCHWARZ' MEMORANDUM IN SUPPORT
OF MOTION FOR LEAVE TO WITHDRAW AS COURT-APPOINTED COUNSEL**

Plaintiff's court-appointed attorney, Steven E. Schwarz of the Law Offices of Steven E. Schwarz, (hereafter, "Attorney") hereby respectfully moves this Court for leave to withdraw as counsel for plaintiff Marshall Stewart, (hereafter, "Client"). In support of his motion, Schwarz states as follows:

**INTRODUCTION**

On October 25, 2007, Client filed his *pro se* Complaint.

On March 26, 2008, the Court dismissed Client's Complaint and appointed Attorney to represent Client.

On October 13, 2010, the Court denied, in part, the defendants' motion to dismiss Client's Second Amended Complaint and allowed the remainder of Client's cause of action to proceed to discovery.

## ARGUMENT

Irreconcilable differences have arisen between Attorney and Client. These differences have led to a conflict of interest and a breakdown of trust preventing Attorney from ethically continuing in his representation of Client.

Attorney has been diligent in his representation of Client, having successfully reinstated Client's dismissed cause of action and defeating, in part, the opposition's subsequent motion to dismiss.

## CONCLUSION

For the reasons argued above, the Court should grant Attorney's Motion for Leave to Withdraw as Court-Appointed Counsel and allow Attorney to file the proposed Notice of Withdrawal attached hereto as Exhibit A.

DATED: December 17, 2010                    Respectfully submitted,

                                            STEVEN E. SCHWARZ

                                            By: /s/ Steven E. Schwarz, Esq.
                                            Steven E. Schwarz, Esq.
                                            THE LAW OFFICES OF STEVEN E.
                                            SCHWARZ, ESQ.
                                            2461 W. Foster Ave., #1W
                                            Chicago, IL 60625
                                            Telephone: 773/837-6134
                                            Facsimile: 773/275-0202
                                            stevenschwarz23@yahoo.com

                                            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I, Steven E. Schwarz, an attorney, hereby certify that on this 17th day of December, 2010, I filed the foregoing Memorandum in Support of Motion for Leave to Withdraw as Court-Appointed Counsel using the Court's CM/ECF system which will send an electronic copy of the document to counsel named below and registered with that system.

      By: /s/ Steven E. Schwarz
Steven E. Schwarz, Esq.
THE LAW OFFICES OF
STEVEN E. SCHWARZ, ESQ.
2461 W. Foster Ave., #1W
Chicago, IL 60625
(773) 837-6134 (tel.)
(773) 275-0202 (fax)
Stevenschwarz23@yahoo.com

Attorney for Plaintiff

Michael Jacobs
Assistant State's Attorney
Office of the State's Attorney of Cook County
500 Richard J. Daley Center
Chicago, IL 60602