**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARSHALL WILLIAM STEWART, ) | |
| ) | |
| Plaintiff, ) | No.: 1:07-cv-6172 |
| ) | |
| v. ) | The Honorable Judge Zagel |
| ) | |
| TOM DART, et al., ) | Magistrate Judge Denlow |
| ) | |
| Defendants ) | |
| ) | |

**STEVEN E. SCHWARZ' NOTICE OF
WITHDRAWAL AS COURT-APPOINTED COUNSEL**

Plaintiff's court-appointed attorney, Steven E. Schwarz of the Law Offices of Steven E. Schwarz, having been granted leave of Court to do so, hereby withdraws as counsel for plaintiff Marshall Stewart.

DATED: December 21, 2010                    Respectfully submitted,

                                            STEVEN E. SCHWARZ

                                            By: /s/ Steven E. Schwarz, Esq.
                                            Steven E. Schwarz, Esq.
                                            THE LAW OFFICES OF STEVEN E.
                                            SCHWARZ, ESQ.
                                            2461 W. Foster Ave., #1W
                                            Chicago, IL 60625
                                            Telephone: 773/837-6134
                                            Facsimile: 773/275-0202
                                            stevenschwarz23@yahoo.com

## CERTIFICATE OF SERVICE

    I, Steven E. Schwarz, an attorney, hereby certify that on this 21st day of December, 2010, I filed the foregoing Notice of Withdrawal as Court-Appointed Counsel using the Court's CM/ECF system which will send an electronic copy of the document to counsel named below and registered with that system.

By: /s/ Steven E. Schwarz
Steven E. Schwarz, Esq.
THE LAW OFFICES OF
STEVEN E. SCHWARZ, ESQ.
2461 W. Foster Ave., #1W
Chicago, IL 60625
(773) 837-6134 (tel.)
(773) 275-0202 (fax)
Stevenschwarz23@yahoo.com

Michael Jacobs
Assistant State's Attorney
Office of the State's Attorney of Cook County
500 Richard J. Daley Center
Chicago, IL 60602